IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01319-MJW

ROBERT ALVAREZ and
GEORG-ANDREAS POGÁNY,

Plaintiffs,

v.

COL DAVID GROSSO, in his individual and official capacity,
SGM MARK COOK, in his individual and official capacity,
COL JOHN IRGENS, in his individual and official capacity,
LTG JOSEPH ANDERSON, in his individual and official capacity,
COL DAVID HAMILTON, in his individual and official capacity, and
DOES 1-20,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion for Extension of Time to file Consent
Form and Motion to Vacate or Reset Scheduling Conference (Docket No. 19) is
GRANTED for good cause shown.  The parties shall have up to and including to July
30, 2014 complete and file the Pilot Program Consent Form (Docket No. 6).

It is FURTHER ORDERED that the Scheduling Conference set for July 14, 2014
at 10:30 a.m. is VACATED.  The Scheduling Conference is RESET for September 22,
2014 at 10:30 a.m.  All related deadlines are extended accordingly.

Date: July 1, 2014