IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01319-PAB-MJW

ROBERT ALVAREZ and
GEORG-ANDREAS POGÁNY,

Plaintiffs,

v.

COL DAVID GROSSO, in his individual and official capacity,
SGM MARK COOK, in his individual and official capacity,
COL JOHN IRGENS, in his individual and official capacity,
LTG JOSEPH ANDERSON, in his individual and official capacity,
COL DAVID HAMILTON, in his individual and official capacity, and
DOES 1-20,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Unopposed Motion to Vacate or Reset Scheduling Conference (Docket No. 28) is DENIED.  The Scheduling Conference remains set for September 22, 2014 at 10:30 a.m.

Date: September 17, 2014