IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-01319-PAB-MJW

ROBERT ALVAREZ and
GEORGE-ANDREAS POGÁNY,

      Plaintiffs,

v.

COL DAVID GROSSO, in his individual and official capacity,
SGM MARK COOK, in his individual and official capacity,
COL JOHN IRGENS, in his individual and official capacity,
LTG JOSEPH ANDERSON, in his individual and official capacity,
COL JOEL HAMILTON, in his individual and official capacity, and
DOES 1-20,

      Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANTS IN THEIR INDIVIDUAL CAPACITIES**
_____

      This matter comes before the Court on the Plaintiffs' Unopposed Partial Motion to Dismiss [Docket No. 39].  The Court has reviewed the pleading and is fully advised in the premises.  It is

      **ORDERED** that the Plaintiffs' Unopposed Partial Motion to Dismiss [Docket No. 39] is GRANTED.  It is further

      **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims against all defendants in their individual capacities are dismissed with prejudice, with each party to bear his own attorneys' fees and costs.

DATED October 7, 2014.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge