# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01319-MJW

ROBERT ALVAREZ, and
GEORG-ANDREAS POGANY,

      Plaintiffs,

v.

COL. DAVID GROSSO,
SGM MARK COOK,
COL JOHN IRGENS,
LTG JOSEPH ANDERSON, and
COL DAVID HAMILTON

      Defendants.

---

## ORDER GRANTING MOTION TO VACATE HEARING
### ON ORDER TO SHOW CAUSE ( Docket No. 47 )

---

    This matter is before the Court on Defendants' motion to vacate hearing on order to show cause, currently set for November 24, 2014, at 10:00 a.m. For the reasons set forth in the motion, the Court finds that it should be granted.

    The hearing on order to show cause, currently set for November 24, 2014, at 10:00 a.m., is hereby vacated. ✲

DATED: November 24th, 2014        _____

                                       MICHAEL J. WATANABE
                                       U.S. MAGISTRATE JUDGE
                                     DISTRICT OF COLORADO

✲ The Order to Show Cause ( Docket No. 37 ) is Also VACATED.