IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-01319-PAB-MJW

ROBERT ALVAREZ and
GEORGE-ANDREAS POGÁNY,

Plaintiffs,

v.

COL DAVID GROSSO, in his official capacity,
SGM MARK COOK, in his official capacity,
COL JOHN IRGENS, in his official capacity,
LTG JOSEPH ANDERSON, in and official capacity,
COL JOEL HAMILTON, in his official capacity, and
DOES 1-20,

Defendants.

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANTS DOES 1-20**

---

This matter comes before the Court on Plaintiffs' Motion to Dismiss Does 1-20 Without Prejudice [Docket No. 46]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that Plaintiffs' Motion to Dismiss Does 1-20 Without Prejudice [Docket No. 46] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendants Does 1-20 are dismissed without prejudice.

DATED November 26, 2014.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge